United States District Court
Southern District of Texas
**ENTERED**
March 27, 2026
Nathan Ochsner, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MARQUIS VALANTEE TATE, <br> (TDCJ #2199238) <br><br> *Petitioner,* <br><br> vs. <br><br> ERIC GUERRERO, <br><br> *Respondent.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. H-26-2364 |

### MEMORANDUM OPINION AND ORDER

Petitioner Marquis Valantee Tate, proceeding *pro se*, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, challenging his 2018 Harris County convictions and sentences for seven counts of aggravated sexual assault. (Dkt. 1).

Tate has a long history of filing frivolous civil actions and successive petitions for writ of habeas corpus in the Southern District of Texas. As a result, on April 27, 2023, the court entered a Preclusion Order against him, barring him from filing any new civil actions, including habeas corpus petitions, without first obtaining written permission in advance from a judge of the United States District Court for the Southern District of Texas. *See Tate v. Lumpkin*, 4:23-mc-687 (S.D. Tex. Apr. 28, 2023).

Despite notice of the terms of the Preclusion Order, Tate has not obtained

1/2

permission to file this successive petition. Accordingly, the Court **ORDERS** as follows:

1. Marquis Valantee Tate's petition for writ of habeas corpus, (Dkt. 1), is **DISMISSED without prejudice** as barred by the Preclusion Order entered in the Southern District of Texas.

2. A certificate of appealability will not be issued.

   The Clerk will provide a copy of this Order to the petitioner.

   SIGNED at Houston, Texas, on _____ *Mar 26* _____, 2026.

   DAVID HITTNER
   UNITED STATES DISTRICT JUDGE

2/2